Form FSS

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Jennifer Werth | Case No.: 10–40750 13 |
| Debtor(s) | Chapter: 13 |

## NOTICE OF FAILURE TO PROVIDE DEBTOR'S SOCIAL SECURITY NUMBER

    YOU ARE HEREBY NOTIFIED that the petition for relief you filed on 1/24/10 has been accepted for filing but is defective for the reason indicated below:

☑ The Debtor's Statement of Social Security Number as required by Federal Rule of Bankruptcy Procedure 1007(f) was not submitted

☐ The petition did not include the last four digits of the Debtor's Social Security Number as required by Federal Rule of Bankruptcy Procedure 1005

    Note: Joint debtors must provide information for both spouses.

    NOTICE IS FURTHER GIVEN that the debtor(s) must file the document(s) indicated above within seven (7) days of the date of this notice, or your case may be dismissed without further notice.

Dated: <u>1/25/10</u>                              For the Court:

                                                          Gloria L. Franklin
                                                          Clerk of Court
                                                          United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: vbadea              Page 1 of 1               Date Rcvd: Jan 25, 2010
Case: 10-40750                Form ID: FSS              Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 27, 2010.
```
db              Jennifer Werth,    8233 Abbott Rd,    Brown City, MI   48416,    UNITED STATES
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 27, 2010**                       Signature:  *Joseph Speetjens*