| | |
|---|---|
| 1 | John M. Sorich - Bar No.125223 |
| 2 | ALVARADO & ASSOCIATES, LLP<br>1 Mac Arthur Place, Suite 210 |
| 3 | Santa Ana, CA 92707<br>(714) 327-4400, fax (714) 327-4499 |
| 4 | 102-45827-2 |
| 5 | Attorneys for Movant, WELLS FARGO BANK, N.A. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JENNIFER WERTH,<br><br>Debtors.<br><br>WELLS FARGO BANK, N.A., its assignees and/or successors in interest,<br><br>Movant,<br><br>vs.<br><br>JENNIFER WERTH, Debtors; and MARTHA G. BRONITSKY, Chapter 13 Trustee,<br><br>Respondents. | Case No. 10-40750<br><br>RS No.: JMS-772<br><br>(Chapter 13)<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: March 5, 2010<br>Time: 11:00 a.m.<br>Place: Courtroom 201<br>       1300 Clay Street<br>       Oakland, California |

TO THE HONORABLE LESLIE J. TCHAIKOVSKY UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on the fifth (5th) day of March 2010 at 11:00 a.m., in Courtroom 201 of the U.S. Courthouse, located at 1300 Clay Street, Oakland, California. WELLS FARGO BANK, N.A. ("Movant") will, and hereby does, move the Court for an order for relief from the automatic stay, including, but not limited to the right to proceed with foreclosure by

1

O:\docs\bnk\Northern7MFRPkg.doc 102-45827-2 / JENNIFER WERTH /

Case: 10-40750   Doc# 17   Filed: 02/12/10   Entered: 02/12/10 15:06:32   Page 1 of 2

Movant on the subject real property commonly known as 8233 ABBOTT RD, BROWN CITY, MI 48416 ("Property").

This motion will be based upon this Notice, Motion, the Declaration of KATHY VAN PELT in support of this motion, the complete files and records in this case and such additional pleadings as Movant may hereinafter file, and any oral argument which the Court may permit at the time of hearing on this Motion.

A failure by the DEBTOR to appear either in person or through counsel at the time and place of the hearing on this matter may result in the Court granting the relief requested herein without further notice.

Dated: February 12, 2010     ALVARADO & ASSOCIATES, LLP


By /S/ John M. Sorich
John M. Sorich, Attorney for Movant, WELLS FARGO BANK, N.A.

O:\docs\bnk\Northern7MFRPkg.doc 102-45827-2 / JENNIFER WERTH /

Case: 10-40750    Doc# 17    Filed: 02/12/10    Entered: 02/12/10 15:06:32    Page 2 of 2