**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Jennifer Werth | Case No.: 10−40750 LT 13 |
|---|---|
| Debtor(s) | Chapter: 13 |

### NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 2/16/10 dismissing the above−captioned case.

Dated: 2/18/10

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Doc # 18

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: vbadea              Page 1 of 1           Date Rcvd: Feb 18, 2010
Case: 10-40750                Form ID: DOC              Total Noticed: 6
```

The following entities were noticed by first class mail on Feb 20, 2010.
```
db              Jennifer Werth,    8233 Abbott Rd,    Brown City, MI   48416
smg             CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                  Sacramento, CA  94280-0001
smg            +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
smg            +State Board of Equalization,    Collection Dept.,    P.O. Box 942879,    Sacramento, CA 94279-0001
cr             +Wells Fargo Home Mortgage, Inc.,    Alvarado & Associates, LLP,    1 Mac Arthur Place,
                  Suite # 210,    Santa Ana, CA 92707-5998
```
The following entities were noticed by electronic transmission on Feb 18, 2010.
```
smg             EDI: CALTAX.COM Feb 18 2010 20:38:00      CA Franchise Tax Board,
                  Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              WELLS FARGO BANK, N.A.
                                                                                          TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 20, 2010**          Signature:   *Joseph Speetjens*