Entered on Docket
March 29, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 29, 2010

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Jennifer Werth | 10-40750-LT 13 |
| Debtor(s) | In Proceedings Under Chapter 13 of the Bankruptcy Code |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE**
**CASE DISMISSED**

This proceeding having heretofore been ordered Dismissed and Martha G. Bronitsky, Chapter 13 Standing Trustee, having filed her Final Report and Account, after notice and good cause appearing,

IT IS HEREBY ORDERED that said report and account be, and the same hereby is allowed as filed, and the said Trustee is hereby discharged of her trust and her bond is released.

END OF ORDER

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Jennifer Werth     Holland Law Firm |
|   | 8233 Abbott Rd     1970 Broadway St #1030 |
|   | Brown City, MI 48416     Oakland, CA 94612 |
| 4 | (Debtor(s))     (Counsel for Debtor) |